UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Petitioner,

v.

Randall and Leslie Eldridge,

Respondents.

Case No. 8:26–cv–03076 MRA (JDEx)

Notice to Respondent and Order to Show Cause

Based on the Petition, Memorandum of Points and Authorities, and Declaration, the Court finds that Petitioner has established its *prima facie* case for judicial approval of an IRS levy on the principal residence of Randall and Leslie Eldridge (Respondents) located at [Identifier A – redacted from public case file pursuant to Local Rule 79-5.2.2, as set forth in ECF 7, under seal] (the property), in order to sell the property and apply the proceeds to Respondents' outstanding liabilities for the tax years at issue.

**IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, at the following date, time and address, and show cause why the Court should not enter an order approving the IRS administrative levy on the property:

| | |
|---|---|
| Date: | **Tuesday, January 12, 2027** |
| Time: | **10:00 a.m.** |
| Courtroom: | 9B |
| Address: | Ronald Reagan Federal Building and United States Courthouse<br>411 West Fourth Street, Santa Ana, California, 92701 |

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondents by personal delivery, leaving a copy at Respondents' dwelling or usual place of abode with someone of suitable age and discretion who resides there, or certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT FURTHER IS ORDERED** that Respondents have 21 days to from the date this order is served to file a written Objection to the Petition with the Clerk of the District Court and mail a copy of the Objection to Petitioner.

**IT FURTHER IS ORDERED** that Respondents' Objection may only raise the following defenses: (1) the underlying tax liability has been satisfied; (2) Respondents have other assets from which the liability can be satisfied; and (3) the IRS did not follow the applicable laws or procedures pertaining to the levy.

**IT FURTHER IS ORDERED** that Respondents are not permitted to challenge

the merits of the underlying income tax liabilities or penalties.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues timely raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within 21 days after service of this Order will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

**IT IS FURTHER ORDERED** that if Respondents fail to file an Objection to the Petition within 21 days of service of this order, or if Respondents fail to appear before the Court as instructed, the Court may enter an Order approving the IRS levy on the property.

**IT IS FURTHER ORDERED** that if, prior to the return date of this Order, Respondents file a response with the Court stating that Respondents do not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and the IRS may levy the property.

**IT IS SO ORDERED**.

Dated: November 9, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE